```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 03735
   TABITHA STILLWELL
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-3449


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/19/2008 and was confirmed 05/15/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/18/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------------
WELLS FARGO BANK           NOTICE ONLY     NOT FILED            .00             .00
ASSET ACCEPTANCE CORP      UNSECURED         1195.49            .00             .00
CAVALRY PORTFOLIO SERVIC   UNSECURED         8327.38            .00             .00
VILLAGE OF PARK FOREST     UNSECURED         2500.00            .00             .00
AFFIRMATIVE INSURANCE      UNSECURED       NOT FILED            .00             .00
ARONSON FURNITURE          NOTICE ONLY     NOT FILED            .00             .00
RMI/MCSI                   UNSECURED       NOT FILED            .00             .00
RMI/MCSI                   UNSECURED       NOT FILED            .00             .00
RMI/MCSI                   UNSECURED       NOT FILED            .00             .00
CONDOR CAPITAL CORP        UNSECURED         4343.90            .00             .00
CRESCENT B&T               NOTICE ONLY     NOT FILED            .00             .00
CREDITORS COLLECTION B     UNSECURED       NOT FILED            .00             .00
GECCCC                     NOTICE ONLY     NOT FILED            .00             .00
ILL DEPT OF HUMAN SERVIC   UNSECURED       NOT FILED            .00             .00
ILLINOIS STATE TOLL HIGH   UNSECURED       NOT FILED            .00             .00
LANDMARK AMERICA           UNSECURED       NOT FILED            .00             .00
NATIONAL AUTO CREDIT       NOTICE ONLY     NOT FILED            .00             .00
NICOR GAS                  NOTICE ONLY     NOT FILED            .00             .00
NICOR GAS                  NOTICE ONLY     NOT FILED            .00             .00
RUE EDUCATIONAL PUBLISHE   UNSECURED         1884.00            .00             .00
B-REAL LLC                 UNSECURED          616.80            .00             .00
USA ONE NATIONAL CREDIT    NOTICE ONLY     NOT FILED            .00             .00
VICTORIA S SECRET          UNSECURED       NOT FILED            .00             .00
WELLS FARGO HOME MORTGAG   CURRENT MORTG         .00            .00             .00
WELLS FARGO HOME MORTGAG   MORTGAGE ARRE         .00            .00             .00
GE MONEY BANK              CURRENT MORTG         .00            .00             .00
GE MONEY BANK              MORTGAGE ARRE     4000.00            .00             .00
CODILIS & ASSOCIATES       NOTICE ONLY     NOT FILED            .00             .00
GREEN TREE MORTGAGE SERV   NOTICE ONLY     NOT FILED            .00             .00
MORTGAGE ELECTRONIC REGI   NOTICE ONLY     NOT FILED            .00             .00
GREEN TREE SERVICING LLC   SECURED NOT I   18328.65            .00             .00
GREEN TREE SERVICING LLC   NOTICE ONLY     NOT FILED            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 03735 TABITHA STILLWELL
```

```
WELLS FARGO HOME MORTGAG NOTICE ONLY    NOT FILED              .00             .00
NICOR GAS                UNSECURED       164.01                .00             .00
ZALUTSKY & PINSKI LTD    DEBTOR ATTY   2,189.00                            1,805.04
TOM VAUGHN               TRUSTEE                                             156.96
DEBTOR REFUND            REFUND                                                 .00
```

    Summary of Receipts and Disbursements:

```
---------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                   1,962.00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                       1,805.04
TRUSTEE COMPENSATION                                   156.96
DEBTOR REFUND                                             .00
                         ---------------        ---------------
TOTALS                    1,962.00                   1,962.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 03/05/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```